IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT PAUL,

        Plaintiff,                      No. CIV S-04-1589 DFL GGH P

     vs.

T. GUZMAN, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On May 12, 2005, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 11, 2005, dismissing plaintiff's claims challenging the indigent inmate postage policy and the delay in the processing of his legal mail and granting plaintiff thirty days to file a second amended complaint. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that:

        1. Upon reconsideration, the order of the magistrate judge filed April 11, 2005, is affirmed;

/////

1        2. Plaintiff's second amended complaint is due thirty days from the date of this
2 order.
3 DATED: 6/23/2005

5                                      /s/ David F. Levi
                                      UNITED STATES DISTRICT JUDGE

6 /paul1589.850