1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10  ROBERT PAUL,

11             Plaintiff,              No.  CIV S 04-1589 DFL GGH P

12       vs.

13  T. GUZMAN, et al.,

14             Defendants.             ORDER

15  _____/

16            On June 17, 2005, plaintiff filed a "Notice of Change of Address."  That

17  document was not served on defendants.  Plaintiff is advised that every document submitted to

18  the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Documents not to

19  be served electronically are usually served by placing a copy in the U.S. mail.  If an attorney has

20  filed a document with the court on behalf of any defendants, then documents submitted by

21  plaintiff must be served on that attorney and not on the defendants.  Every document submitted

22  conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate

23  stating the date an accurate copy of the document was mailed to defendants or their attorney and

24  the address to which it was mailed.  See Local Rule 5-135(b) and (c).

25  /////

26  /////

1

1    Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of

2   this order plaintiff shall serve a copy of plaintiff's June 17, 2005 "Notice of Change of Address"

3   on counsel for defendants and shall file proper proof of said service.  Plaintiff is cautioned that

4   failure to comply with this order may result in the imposition of sanctions.  Plaintiff is further

5   cautioned that failure to serve any documents subsequently filed in this action properly, and

6   failure to include a proper certificate of service with such filing, may result in a recommendation

7   that this action be dismissed.

8   DATED: 7/13/05

9

10                                            /s/ Gregory G. Hollows

11                                            _____
                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

12   GGH:bb
     paul1589.35

13

14

15

16

17

18

19

20

21

22

23

24

25

26