1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT PAUL,

11          Plaintiff,                    No. CIV S-04-1589 DFL GGH P

12      vs.

13   T. GUZMAN, et al.,

14          Defendant.                    ORDER

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On June 24, 2005, the court granted plaintiff thirty days to file an amended

18   complaint.  Thirty days passed and plaintiff did not file an amended complaint.  Accordingly, on

19   November 16, 2005, the court recommended that this action be dismissed.

20          On December 9, 2005, plaintiff filed objections.  Good cause appearing, the court

21   will vacate the findings and recommendations and grant plaintiff thirty days to file an amended

22   complaint.  If plaintiff does not comply with this order, the court will again recommend dismissal

23   of this action.

24          Accordingly, IT IS HEREBY ORDERED that:

25          1.  The November 16, 2005, findings and recommendations are vacated;

26   /////

1

1    2.  Plaintiff is granted thirty days from the date of this order to file an amended

2  complaint.

3  DATED:   1/10/06

4                                                                 /s/ Gregory G. Hollows

5                                                                 GREGORY G. HOLLOWS
                                                                   UNITED STATES MAGISTRATE JUDGE

6

7  ggh:kj
   pa1589.vac

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2