1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MONICA N. ANDERSON
   Supervising Deputy Attorney General
5  GREGORY GOMEZ, State Bar No. 242674
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 324-3866
8   Fax:  (916) 324-5205
    Email: Gregory.Gomez@doj.ca.gov
9
   Attorneys for Defendants Guzman and Carey
10

11

12            IN THE UNITED STATES DISTRICT COURT

13          FOR THE EASTERN DISTRICT OF CALIFORNIA

14                  SACRAMENTO DIVISION

15

16  **ROBERT PAUL,**                          2:04-cv-1589 DFL GGH P

17                          Plaintiff,        **STIPULATION FOR VOLUNTARY
                                              DISMISSAL WITH PREJUDICE**
18            **v.**
                                              Fed. R. Civ. P. 41(a)(1)(ii)
19  **T. GUZMAN, et al.,**

20                          Defendants.

21

22  \ \ \

23  \ \ \

24  \ \ \

25  \ \ \

26  \ \ \

27  \ \ \

28  \ \ \

Stipulation for Voluntary Dismissal With Prejudice

1       **IT IS STIPULATED** that, under Federal Rule of Civil Procedure 41(a)(1)(ii), the

2  above entitled action shall be dismissed with prejudice as to all Defendants.

3

4  Dated: December 5, 2006         ***/s/  Robert Paul***
                                  *(Original signature retained by attorney)*

5                                  _____

6                                  Robert Paul, Plaintiff

7

8  Dated: December 6, 2006         ***/s/  Gregory Gomez***
                                  Gregory Gomez

9                                  Deputy Attorney General
                                  Attorneys for Defendants Guzman and Carey

10

11       **IT IS SO ORDERED,** that this action shall be dismissed, with prejudice.

12

13  Dated: 12/12/06                /s/ Gregory G. Hollows

14                                    _____

15                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

16

17  paul1589.stip

18

19

20

21

22

23

24

25

26

27

28

Stipulation for Voluntary Dismissal With Prejudice

2